## FARMERS NATIONAL LIFE INSURANCE COMPANY *v.* CARMAN ET AL.

[No. 11,196.   Filed November 18, 1921.]

From Johnson Circuit Court; *Fremont Miller,* Judge.

Action by Ed Carman and another against the Farmers National Life Insurance Company of ·America.· From a judgment for plaintiffs, the defendant appeals. *Affirmed.*

*R. S. Otwell, E. Z. Moran* and *Jacob F. Denney,* for appellant. *Miller, Barnett & Barnett* and *Thomas E. Davidson,* for appellees.

NICHOLS, P. J.—Action by appellees, beneficiaries in a policy of insurance issued by appellant upon the life of their minor son. The complaint was in one paragraph, to which there was an answer alleging that the policy was voided by the insured by the violation of the anti-military clause of the policy. A demurrer sustained to such answer, presents the same question as was decided in *Rex, etc., Ins. Co.* v. *Pettiford* (1920), 74 Ind. App. 507, 129 N. E. 248, and cases there cited and quoted.

On the authority of that case, the judgment is affirmed.

---

## CASE *v.* ERB.

[No. 10,802.   Filed November 18, 1921.]

From Decatur Circuit Court; *F. M. Thompson,* Special Judge.

Action between Jasper D. Case and Maynard M. Erb. From the judgment rendered, the former appeals. *Affirmed.*

*Donald L. Smith, Hugh Wickens, John E. Osborne* and *Frank Hamilton,* for appellant.

*Ed. K. Adams, Thomas E. Davidson* and *Wiles & Roots,* for appellee.

PER CURIAM.—Judgment affirmed.